```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION
```

**David Micciche,**

    **Petitioner,**

**v.**                                    **Case No.: 8:18-cv-1270-T-35JSS**

**SECRETARY, DEPARTMENT OF CORRECTIONS,**

    **Respondent.**
_____/

APPENDIX

| Exhibit | Description |
|---|---|
| 1 | Plea Form: L.T. No. 12-CF-07866-A |
| 2 | Judgment and Sentence: L.T. No. 12-CF-07866-A |
| 3 | Motion for Post-Conviction Relief: L.T. No. 12-CF-07866-A |
| 4 | Order Dismissing without Prejudice Claims One, Three, and Four: L.T. No. 12-CF-07866-A |
| 5 | Amended Motion for Post-Conviction Relief: L.T. No. 12-CF-07866-A |
| 6 | State's Response: L.T. No. 12-CF-07866-A |
| 7 | Defendant's Motion to Add Claims: L.T. No. 12-CF-07866-A |
| 8 | State's Response to Additional Claims: L.T. No. 12-CF-07866-A |
| 9 | Court Order Granting Evidentiary Hearing: L.T. No. 12-CF-07866-A |
| 10 | Transcript of Evidentiary Hearing: L.T. No. 12-CF-07866-A |
| 11 | Order Denying Appellant's Post-Conviction Claims: L.T. No. 12-CF-07866-A |
| 12 | Notice of Appeal: L.T. No. 2D16-76 |
| 13 | Initial Brief: L.T. No. 2D16-76 |
| 14 | Answer Brief: L.T No. 2D16-76 |

| | |
|---|---|
| 15 | PCA: L.T. No. 2D16-76 |
| 16 | Mandate: L.T. No. 2D16-76 |
| 17 | Motion to Correct Illegal Sentence: L.T. No. 12-CF-07866-A |
| 18 | Order Denying Motion to Correct Illegal Sentence: L.T. No. 12-CF-07866-A |
| 19 | Notice of Appeal: L.T. No. 2D17-3556 |
| 20 | Appellant's Notice to the Court: L.T. No. 2D17-3556 |
| 21 | PCA: L.T. No. 2D17-3556 |
| 22 | Mandate: L.T. No. 2D17-3556 |